JOSEPH T. MCNALLY  
Acting United States Attorney  
DAVID T. RYAN  
Assistant United States Attorney  
Chief, National Security Division  
REEMA M. EL-AMAMY (Cal. Bar No. 237743)  
Assistant United States Attorney  

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

CLAIRE PATRICIA HAVILAND, et al.,  
ZACHARY S. WINTERS (9)

Defendant(s)

CASE NUMBER:  
CR 2:24-cr-00570-WLH  
CV

**WRIT OF HABEAS CORPUS**

☒ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM

---

**WHEREAS** the attached application was granted by the Honorable _____ Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Warden of Pleasant Valley State Prison

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **ZACHARY S. WINTERS** before the Honorable Pedro V. Castillo, Duty Magistrate Judge   Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **640**, located at 255 East Temple Street Los Angeles, CA 90012-3332 on **March 13, 2025** at **1:30 p.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable _____ Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: _____

CLERK, U.S. DISTRICT COURT

By: _____  
Deputy Clerk

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)