**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cr-00570-WLH |
| v.<br>CLAIRE PATRICIA HAVILAND, et al.,<br>ZACHARY S. WINTERS (9)<br><br>Defendant(s). | **ORDER ON<br>APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☒ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☒ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ZACHARY S. WINTERS

Alias: _____

on _____March 13, 2025_____ at __1:30 p.m.__ before Judge/Magistrate Judge Castillo, Duty Magistrate Judge
    *(Date of Appearance)*            (Time)

Dated: _____

                                                    **U.S. District Judge/U.S. Magistrate Judge**

G-09 ORDER (10/06)    ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM