NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Michael M. Crain   CA State Bar 045083
P.O. Box 3730  Santa Monica, CA 90408
Telephone: (310) 571-3324
Cell: (213) 379-2790
michaelmcrain@aol.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Michael Vitanza DEFENDANT. | CASE NUMBER: CR 24-570-WLH-12 APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING |
|---|---|

Application is made by ☐ plaintiff ☑ defendant Michael Vitanza
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge Jacqueline Chooljian _____ by order dated: February 11, 2025

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

☐ A hearing is being sought before Magistrate Judge _____ as there is new information to be presented that was not considered by the previous judicial officer; or

☑ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
Release on $75,000 bonds (total, without justification) on conditions: location monitoring; restriction to residence at all times except (and only when approved in advance by Pretrial Services) when working, child custody visits, attorney visits. court appearances, medical needs or treatment, drug and alcohol testing; searches by Pretrial Services in conjunction with US Marshal; and any other reasonable conditions deemed appropriate by the court.

Counsel for the defendant and plaintiff United States Government consulted on February 21, 2025
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation
on February 21, 2025.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

February 21, 2025                    Michael Vitanza by Michael M. Crain
Date                                 Moving Party

APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS
OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING
CR-88 (09/24)