Name & Address:

Michael M. Crain  CA State Bar 045083
P.O. Box 3730  Santa Monica, CA 90408
Telephone: (310) 571-3324
Cell: (213) 379-2790
michaelmcrain@aol.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Michael Vitanza<br><br><br>DEFENDANT. | CASE NUMBER<br><br>CR 24-570-WLH-12<br><br>NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,<br>(18 U.S.C. §3142) |
|---|---|

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☐ Magistrate Judge _____

on _____ at _____ ☐ a.m. ☐ p.m.

in courtroom _____.

☐ is not approved.

☐ Other: _____

      An interpreter is  ☐ required   ☐ is not required.  Language _____
      Defendant is  ☐ in custody   ☐ not in custody.

Clerk, U. S. District Court

_____  _____  _____
Date                                      Deputy Clerk                            Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation   ☐ Interpreter's Office   ☐ PSA.

---

NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A (10/09)