# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

| | | | | |
|---|---|---|---|---|
| Case No.: | 2:24-cr-00570-WLH-12 | | Date: | 3/6/2025 |
| Present: The Honorable | **WESLEY L. HSU, United States District Judge** | | | |
| Interpreter: | N/A | | | |

| Holidae Crawford | CourtSmart | Jeremiah Michael Levine / Reema M El-Amamy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael Vitanza | X | X | | Michael M. Crain, CJA | X | X | |

**PROCEEDINGS:** DEFENDANT'S CONTINUED APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION [972] & [973]

    The case is called and counsel state their appearances. Also present is Jarryd Tanedo, United States Probation and Pretrial Services Officer. The matter is before the Court following the Defendant's Application for Review/Reconsideration of Order Setting Conditions of Release/Detention (Dkts. [972] & [973]). This is a de novo review of the request for pre-trial release, which was denied by Magistrate Judge Jacqueline Chooljian on February 1, 2025 (Dkt. [951]).

    Witnesses, Marcos Damacio Amaro, sworn and testified. For reasons stated on the record, the Court continues the hearing to March 18, 2025 at 2:30 p.m.

    IT IS SO ORDERED.

 

                                                             : 08

Initials of Deputy Clerk   HC