TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
National Security Division
BRUCE K. RIORDAN (Cal. Bar No. 127230)
Assistant United States Attorney
Major Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0552/0480
    Facsimile: (213) 894-2927
    E-mail:    Reema.El-Amamy@usdoj.gov
           Bruce.Riordan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-CR-00570-WLH-12 |
|---|---|
| Plaintiff, | STATUS REPORT RE: DEFENDANT VITANZA |
| v. | |
| CLAIRE PATRICIA HAVILAND, et al., MICHAEL VITANZA (12) | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Reema M. El-Amamy and Bruce K. Riordan, provides the following update to the Court regarding defendant Vitanza.

Defendant Vitanza was apparently on the same transport bus with defendant Slayton on December 3, 2025.  In July 2025, defendant Slayton had been placed in protective custody.  The government was not aware that the two defendants would be transported on the same bus.  According to defendant Slayton, defendant Vitanza articulated threatening communications to him on the bus.  Defendant Slayton immediately reported this information to law enforcement when he was picked up and as documented in the report.

The government continues to take threats of violence and inmate safety very seriously.  It provides this status report to the Court and publicly filed to document the nature of threats that it is navigating.  The government believes that all threats have been appropriately navigated at this time.  However, the government will continue to keep the Court apprised as needed.

RESPECTFULLY SUBMITTED,

DATED: December 10, 2025

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

 /s/ Reema M. El-Amamy
REEMA M. EL-AMAMY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**U.S. Department of Justice**
Drug Enforcement Administration

---

## REPORT OF INVESTIGATION

**Page 1 of 2**

| 1. Program Code | 2. Cross File    Related Files | 3. File No. ▮▮▮ | 4. G-DEP Identifier ▮▮▮ |
|---|---|---|---|
| 5. By: Megan O Lynch, SA<br>At: LOS ANGELES, CA DIVISION OFFICE | ☐<br>☐<br>☐<br>☐<br>☐ | 6. File Title<br>PICHIE, Paul John IV | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. Date Prepared<br>12-03-2025 | |
| 9. Other Officers: FBI SA Jared Sarkis, FBI TFO Evan Guevarra | | | |
| 10. Report Re: Intelligence Regarding Michael VITANZA from 12/03/2025. | | | |

---

### DETAILS

1. On December 3, 2025, Drug Enforcement Administration (DEA) Special Agent (SA) Megan Lynch, Federal Bureau of Investigation (FBI) SA Jared Sarkis and FBI Task Force Officer (TFO) Evan Guevarra picked Robert SLAYTON up from the United States Marshals Service (USMS) cellblock located at ▮▮ ▮▮▮▮▮ ▮▮▮

2. At approximately 8:30AM, SLAYTON told SA Lynch, SA Sarkis and TFO Guevarra that SLAYTON was transported over to the USMS cellblock with his co-defendant, Michael VITANZA. SLAYTON told investigators that VITANZA looked angry towards SLAYTON. In the ride from the Metropolitan Detention Center (MDC), where both SLAYTON and VITANZA are currently being housed, to the USMS, VITANZA stated the following to SLAYTON:

- "You know what time it is when I see you" - SLAYTON understood this to mean VITANZA would kill SLAYTON the next time VITANZA saw him.
- "You know you're green lit" - a green light on an individual means there is permission to kill a person or gang affiliate on sight.
- "You rat motherfucker" - SLAYTON believes this statement to mean VITANZA knows SLAYTON is a cooperator with the government.

3. VITANZA knows SLAYTON is currently being housed on the protective custody (PC) floor due to the fact that SLAYTON was being threatened by VITANZA. VITANZA knows SLAYTON is cooperating with the government. SLAYTON's defense attorney Robert Swartz and AUSA Reema El-Amamy were made

| 11. Distribution:<br>Division<br><br>District<br><br>Other | 12. Signature (Agent)<br><br>/s/ Megan O Lynch, SA | 13. Date<br>12-03-2025 |
|---|---|---|
| | 14. Approved (Name and Title)<br>▮▮▮▮ ▮ ▮▮▮▮ ▮ | 15. Date<br>12-03-2025 |

**DEA** Form    **- 6**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP  Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | ▉ | ▉ |
| | 3. File Title PICHIE, Paul John IV | |
| 4. **Page   2   of   2** | | |
| 5. Program Code | 6. Date Prepared 12-03-2025 | |

aware of the interaction.


**INDEXING**


1.  ▉▉▉▉▉  ▉▉▉  ▉▉▉▉▉
▉▉▉▉▉  ▉▉▉▉▉  ▉▉

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.