# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES - CHANGE OF PLEA

| Case No.: | 2:24-cr-00570-WLH-12-16 | Date: | September 25, 2026 |
|---|---|---|---|

Present: The Honorable **WESLEY L. HSU, UNITED STATES DISTRICT JUDGE**

Interpreter N/A

| Claudia Garcia-Marquez | CourtSmart | Reema M. El-Amamy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 12. Michael Vitanza | X | X | | 12. Michael M. Crain, CJA | X | X | |
| 16. Charissa Marie Chotard | X | X | | 16. Richard M. Callahan,Jr., CJA | X | X | |

**Proceedings:** CHANGE OF PLEA (Held and Completed)

X Defendants move to change their pleas to the Indictment.

X Defendants are sworn.

X Defendants state their true names as Michael Gaetano Vitanza and Charissa Marie Chotard.

X Defendants enter new and different pleas of GUILTY to Count 2 of the Indictment.

X The pleas are conditional upon preservation of defendants' rights to appeal the suppression motion and are entered pursuant to the respective plea agreements filed August 28, 2026.

X The Court advises the defendants of their Constitutional rights and questions the defendants regarding their pleas of GUILTY. The Court finds there is an independent factual basis for each plea and further finds that each plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the pleas and of defendants' Constitutional rights. The Court accepts the pleas and orders that the pleas be entered.

X The Court orders this matter referred to the United States Probation Office for a presentence investigation and preparation of a presentence reports and the matter is continued to **February 26, 2027, at 10:00 a.m.** for sentencing. The report is to be disclosed to the defendants thirty-five (35) days prior to sentencing unless the minimum period is waived. Counsel shall contact the clerk if counsel do not intend to file sentencing position papers.

X The Court vacates the pretrial conference and jury trial date as for these defendants only.

X Defendants are ordered to appear on 2/26/2027, 10:00 a.m. without any further notice or order.

X The defendants are remanded to the custody of the United States Marshal. All dates other than the sentencing date are vacated as to these defendants. All material witnesses as to these defendants are ordered released.

00 : 50

Initials of Deputy Clerk cgm